## NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Old Jericho Enterprise, Inc. v. Visa, Inc.   Docket No.: 24-2678

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Kannon K. Shanmugam

Firm: Paul, Weiss, Rifkind, Wharton & Garrison LLP

Address: 2001 K Street, NW, Washington, DC, 20006-1047

Telephone: (202) 223-7325    Fax: (202) 204-7397

E-mail: Kshanmugam@paulweiss.com

Appearance for: Mastercard, Inc. / Defendant-Appellee
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☑ Additional counsel (co-counsel with: Kenneth A. Gallo / Paul, Weiss, Rifkind, Wharton & Garrison LLP )
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

### CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on November 17, 2022    OR

☐ I applied for admission on _____.

Signature of Counsel: /s/ Kannon K. Shanmugam

Type or Print Name: Kannon K. Shanmugam