# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 4th day of May, two thousand twenty-six.

Before:     Dennis Jacobs,
            Pierre N. Leval,
            Michael H. Park,
                *Circuit Judges.*

_____

Old Jericho Enterprise, Inc., 32T, LLC, Bucks, Inc., Chandler Oil-1 Corporation, Coffee Cup Fuel Stop, Inc., H&H Enterprises, Inc., Heinz Enterprises, Inc., Koehnens Standard Service, Inc., Mineral Spring Avenue Getty, Inc., Mox LLC, OKY LLC, Pit Row, Inc., Pointe Service Center LLC, Red Eagle, Inc., Victory Energy, LLC, Village Center Auto Care, Inc., W.L.F. Automotive, Inc., Wesco, Inc., Zarco USA, Inc., on behalf of all others similarly situated,

        Plaintiffs - Appellants,

v.

Visa, Inc., Mastercard, Inc.,

        Defendants - Appellees.

**JUDGMENT**

Docket No. 24-2678

_____

The appeal in the above captioned case from a judgment of the United States District Court for the Eastern District of New York was argued on the district court's record and the parties' briefs.

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the judgment of the district court is AFFIRMED.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court

