# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

_____

     At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 17th day of June, two thousand twenty-six.

_____

Old Jericho Enterprise, Inc., 32T, LLC, Bucks, Inc., Chandler Oil-1 Corporation, Coffee Cup Fuel Stop, Inc., H&H Enterprises, Inc., Heinz Enterprises, Inc., Koehnens Standard Service, Inc., Mineral Spring Avenue Getty, Inc., Mox LLC, OKY LLC, Pit Row, Inc., Pointe Service Center LLC, Red Eagle, Inc., Victory Energy, LLC, Village Center Auto Care, Inc., W.L.F. Automotive, Inc., Wesco, Inc., Zarco USA, Inc., on behalf of all others similarly situated,

       Plaintiffs - Appellants,

v.

Visa, Inc., Mastercard, Inc.,

       Defendants - Appellees.

_____

**ORDER**

Docket No: 24-2678

     Appellants filed a petition for panel rehearing, or, in the alternative, for rehearing *en banc*. The panel that determined the appeal has considered the request for panel rehearing, and the active members of the Court have considered the request for rehearing *en banc*.

     IT IS HEREBY ORDERED that the petition is denied.

       FOR THE COURT:

       Catherine O'Hagan Wolfe, Clerk

